# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LEWIS CLAY SHULER, JR., | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:18-cv-01223 |
| DARON HALL, et al., | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE BROWN |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 34), which was filed on January 31, 2020. Through the Report and Recommendation, the Magistrate Judge recommends Defendants' Motion for Judgment on the Pleadings (Doc. No. 24) be granted, and this action be dismissed. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendants' Motion for Judgment on the Pleadings (Doc. No. 24) is **GRANTED,** and this action is **DISMISSED.** Defendants' Motion to Hold Summary Judgment Briefing in Abeyance Pending Final Disposition of Defendants' Motion for Judgment on the Pleadings (Doc. No. 35) is **DENIED**, as moot.

All claims having been dismissed, this Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE